# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAMSOFT DATA SYSTEMS, INC.

VERSUS

SOUTHERN ELECTRONICS,
SUPPLY, INC. AND ACTIVE
SOLUTIONS, LLC

NO.  2026 CW 0476

**APRIL 6, 2026**

---

In Re:   MMR Constructors, Inc., MMR Group, Inc., and MMR Offshore Services, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 582741.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**STAY DENIED; WRIT DENIED.**

> **MRT**
> **KEB**
> **BDH**

COURT OF APPEAL, FIRST CIRCUIT

_____
CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving _pro tempore_, by special appointment of the Louisiana Supreme Court.